# Court of Appeals
# of the State of Georgia

ATLANTA,  June 16, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1555. TRAYVIUS GARMON v. THE STATE.**

On April 14, 2021, the trial court entered its order revoking Trayvius Garmon's probation. Garmon, appearing pro se, filed a notice of appeal from the trial court's order. We, however, lack jurisdiction.

An application for discretionary appeal is required to appeal an order revoking probation. OCGA § 5-6-35 (a) (5); see *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999) (holding that where the underlying subject matter is probation revocation, the discretionary appeal procedure applies); accord *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). Garmon's failure to follow the required appellate procedure deprives us of jurisdiction. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  06/16/2021*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*